# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONROE JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN KEAST,<br><br>    Defendant. | 3:16-cv-00170-MMD-WGC<br><br>**ORDER** |

## I. DISCUSSION

Plaintiff has filed a motion to proceed with mediation and has informed the Court that he would like to proceed to mediation on his original complaint rather than file an amended complaint. (ECF No. 9). The Court grants this motion and will enter a separate order scheduling the mediation.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to proceed to mediation (ECF No. 9) is granted.

IT IS FURTHER ORDERED that the Court will enter a separate order scheduling the mediation.

DATED: November 3, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28