UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MONROE JONES, | 3:16-cv-00170-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 6, 2017 |
| JOHN KEAST, | |
| Defendant. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion for Enlargement of Time to File Dispositive Motions (ECF No. 27). Defendant requests an additional sixty (60) days to file a dispositive motion.

On January 11, 2017, Plaintiff filed a notice stating that he was scheduled to be released from NDOC on January 14, 2017. (ECF No. 21 at 1.) In Plaintiff's notice, he stated he would be living in Reno, Nevada, after January 14, 2017, but that at the time of the filing, did not have an "address established." (*Id.*)

The court notes from the docket that the Scheduling Order (ECF No. 24) and Notice re AO 85 Consent to Proceed Before a Magistrate Judge and General Order 2013-1 Short Trial Rules (ECF No. 25) were returned by the United States Post Office as undeliverable. (ECF No. 26.)

Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2.

**IT IS HEREBY ORDERED** that Defendant's Motion for Enlargement of Time to File Dispositive Motions (ECF No. 27) is **GRANTED**. The deadline to file dispositive motions is extended to **Tuesday, September 5, 2017**.

/ / /

   **IT IS FURTHER ORDERED** that Plaintiff shall have to and including **Monday, August 7, 2017**, in which to file his updated address with the court.  If Plaintiff does not provide the required notification of any change of address by **Monday, August 7, 2017**, a Report and Recommendation will be submitted to the District Judge recommending the action be dismissed with prejudice.

         DEBRA K. KEMPI, CLERK

        By:   /s/
          Deputy Clerk